**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JAHVID ALEXANDER and JESTUS LARS** )<br>**FRANCIS,** )<br>)<br>**Defendants.** )<br>) | Case No. 3:20-cr-0026 |

**ERRATA ORDER**

      **COMES NOW** the Court and issues this Order to correct the following scrivener's errors in the Order dated December 17, 2020, ECF No. 63:

      On page 4, in the first **Order**, line two, delete "March 8, 2021" and replace with "May 3, 2021";

      The resulting sentence reads: "**ORDERED** that the time beginning from the date of this order granting an extension through May 3, 2021, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161;"

      It is further **ORDERED** that a copy of this Order be served on all counsel of record.

**Dated:** December 17, 2020
                                                                         /s/ *Robert A. Molloy*
                                                                         **ROBERT A. MOLLOY**
                                                                         **District Judge**