# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0026 |
| ) | |
| JAHVID ALEXANDER and JESTUS LARS ) | |
| FRANCIS, ) | |
| Defendants. ) | |
| ) | |

## ORDER

**THIS MATTER** came before the Court for a suppression hearing held on February 10, 2022. For the reasons stated on the record, it is hereby

**ORDERED** that, **no later than 5:00 p.m. on February 24, 2022,** each party **SHALL** file a supplemental brief, with citation to the appropriate authority, addressing the following issues:

1) Whether, on June 23, 2020, Officer Williams' directives to the driver of the Ford F-150 pickup truck to pull over, park, and remain in place was a stop, seizure, or any other Fourth Amendment event?

2) If so, whether the directive was justified under the circumstances.[1]

**IT IS FURTHER ORDERED** that each party may file a responsive brief **no later than before March 3, 2022**, not exceeding ten (10) pages in length.

**Dated:** February 14, 2022          /s/ *Robert A. Molloy*
                                      **ROBERT A. MOLLOY**
                                      **Chief Judge**

---

[1] Pursuant to Local Rules, briefs may not exceed twenty pages in length. LRCi 7.1(d).